UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE No.: 2:24 CR 027 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| TIMOTHY CORNELIUS ROSS | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about February 14, 2022, in the Northern District of Indiana,

**TIMOTHY CORNELIUS ROSS**,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, and the firearm and ammunition were

in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


By:  */s/ Kimberly L. Schultz*
Kimberly L. Schultz
Assistant United States Attorney